# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2014

## NO. 03-13-00387-CV

Bridgeport Independent School District, Abilene Independent School District, Denton Independent School District, Grapevine-Colleyville Independent School District, Copperas Cove Independent School District, Stephenville Independent School District, Grand Saline Independent School District, Groesbeck Independent School District, Hallsville Independent School District, Rule Independent School District, Alice Independent School District, Alvarado Independent School District, Alvord Independent School District, Ballinger Independent School District, Beckville Independent School District, Blackwell Consolidated Independent School District, Brownsboro Independent School District, Bruceville-Eddy Independent School District, Bullard Independent School District, Calallen Independent School District, Carlisle Independent School District, Carthage Independent School District, Castleberry Independent School District, Chapel Hill Independent School District (Tyler), Chico Independent School District, Chireno Independent School District, Coleman Independent School District, Colorado Independent School District, Cross Plains Independent School District, Decatur Independent School District, Diboll Independent School District, Eagle Mountain-Saginaw Independent School District, Eula Independent School District, Everman Independent School District, Fabens Independent School District, Floresville Independent School District, Floydada Independent School District, Frankston Independent School District, Gainesville Independent School District, Garner Independent School District, Gary Independent School District, Godley Independent School District, Harleton Independent School District, Hawkins Independent School District, Hawley Independent School District, Henderson Independent School District, Hudson Independent School District, Hughes Springs Independent School District, Huntington Independent School District, Jarrell Independent School District, Jourdanton Independent School District, Keene Independent School District, Kerens Independent School District, La Vernia Independent School District, Lake Worth Independent School District, Laneville Independent School District, Leonard Independent School District, Linden-Kildare Consolidated Independent School District, Lingleville Independent School District, Lipan Independent School District, Little Cypress-Mauriceville Consolidated Independent School District, Lorena Independent School District, Monahans-Wickett-Pyote Independent School District, Nordheim Independent School District, Palestine Independent School District, Pecos-Barstow-Toyah Independent School District, Perryton Independent School District, Petersburg Independent School District, Pewitt Consolidated Independent School District, Ponder Independent School District, Port Neches-Groves Independent School District, Quitman Independent School

**District, San Saba Independent School District, Seagraves Independent School District, Shallowater Independent School District, Silsbee Independent School District, Sinton Independent School District, Slidell Independent School District, Snook Independent School District, Spring Hill Independent School District, Springtown Independent School District, Sweetwater Independent School District, Tatum Independent School District, Taylor Independent School District, Three Rivers Independent School District, Tornillo Independent School District, Trinity Independent School District, Valley View Independent School District (Valley View), Van Independent School District, Vernon Independent School District, Waskom Independent School District, White Settlement Independent School District, Winona Independent School District, Woodson Independent School District, Center Independent School District, Corrigan-Camden Independent School District, Crane Independent School District, Elgin Independent School District, Florence Independent School District, Gregory-Portland Independent School District, Groveton Independent School District, Iraan-Sheffield Independent School District, Mumford Independent School District, Needville Independent School District, Presidio Independent School District, Rio Hondo Independent School District, Smyer Independent School District, Southside Independent School District, Wells Independent School District, Longview Independent School District, Appellants**

**v.**

**Michael Williams, in his Official Capacity as the Commissioner of Education, and the Texas Education Agency, Appellees**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on May 6, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.